IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAYNA YOUNG o/b/o ) | |
| TIARA D. YOUNG, ) | |
|             ) | |
|    Plaintiff, ) | |
|             ) | |
| v.          ) | CIVIL ACTION NO. 1:04cv971-C |
|             ) | WO |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
|             ) | |
|    Defendant. ) | |

**ORDER ON MOTION and MEMORANDUM OPINION**

Now pending before the court is the defendant's April 25, 2005, motion to remand pursuant to sentence four of 42 U.S.C. § 405(g).  *See* Doc. # 15.  The plaintiff does not object to the motion.  Pursuant to 28 U.S.C. § 636(c)(1) and M.D. Ala. LR 73.1, the parties have consented to the United States Magistrate Judge conducting all proceedings in this case and ordering the entry of final judgment. Accordingly, it is

ORDERED that the defendant's motion to remand (doc. # 15) be and is hereby GRANTED, the decision of the Commissioner be and is hereby REVERSED and this case be and is hereby REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Done this 26th day of April, 2005.

          /s/Charles S. Coody          
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE